UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRENDON B., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|          v. | ) 1:20-cv-00123-JDL |
| | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|    Defendant. | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

Brendon B. seeks judicial review of the Social Security Administration Commissioner's final decision determining that he is not disabled and denying his application for child's disability insurance benefits (ECF No. 1). Pursuant to 28 U.S.C.A. § 636(b)(3) (West 2021) and D. Me. Local R. 16.3(a)(2), United States Magistrate Judge John H. Rich III held a hearing on the Plaintiff's Statement of Errors (ECF No. 13) on March 8, 2021. The Magistrate Judge filed his Recommended Decision with the Court on May 12, 2021 (ECF No. 17), recommending that the Court affirm the Commissioner's decision. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal. The Plaintiff filed an Objection to the Recommended Decision on May 27, 2021 (ECF No. 18), but withdrew his Objection in a notice filed with the Court on July 19, 2021 (ECF No. 21).

After reviewing and considering the Magistrate Judge's Recommended Decision, together with the entire record, I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with

the Magistrate Judge's conclusions as set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 17) of the Magistrate Judge is hereby **ACCEPTED**, and the Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

**Dated this 29th day of July, 2021.**

                                                                **/s/ JON D. LEVY**
                                        **CHIEF U.S. DISTRICT JUDGE**